UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE ALLSTATE INSURANCE ) <br> COMPANY UNDERWRITING AND ) <br> RATING PRACTICES LITIGATION ) <br> ) <br> ) <br> THIS PLEADING REFERS TO: ) <br> Enriquez v. Allstate 3:02-698 ) <br> Cochran v. Allstate 3:02-700 ) <br> Rose v. Allstate 3:03-969 ) <br> Carlson v. Allstate 3:03-483 ) | MDL Docket No.: 3:02-md-1457 |

## ORDER OF DISMISSAL WITH PREJUDICE

Based upon the above Joint Motion for Dismissal with Prejudice, signed by Plaintiffs and Defendants, it is hereby **ORDERED** that said action is dismissed with prejudice,[1] each party bearing their own costs.

**ORDERED** and **ADJUDGED** this \_\_17th\_\_ day of \_\_September\_\_, 2009.

_____
U.S. DISTRICT JUDGE

---

[1] This dismissal resolves, with prejudice, the actions captioned Enriquez v. Allstate 3:02-698; Cochran v. Allstate 3:02-700; Rose v. Allstate 3:03-969 and Carlson v. Allstate 3:03-483. The cases captioned Shelton v. Allstate 3:01-1502; Myers v. Allstate 3:02-757; Sanchez v. Allstate 3:03-154; Daniels v. Allstate 3:02-601 and Silhol v. Allstate 3:02-699 were previously dismissed with prejudice by the Court's July 29, 2005 Final Judgment and Order of Dismissal with Prejudice. (Docket No. 658-1).

Agreed to by:

/s/ Andrew B. Campbell
Andrew B. Campbell, #14258
**Wyatt, Tarrant & Combs, LLP**
2525 West End Avenue, Suite 1500
Nashville, Tennessee 37203
(615) 244-0020
(615) 256-1726 [facsimile]
Attorneys for Allstate Insurance Company
and Allstate Indemnity Company

Jeffrey Lennard, *pro hac vice*
M. Keith Moskowitz, *pro hac vice*
**Sonnenschein Nath & Rosenthal, LLP**
8000 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606
(312) 876-8000

Attorneys for Allstate Insurance Company
And Allstate Indemnity Company

and

/s/ Terry A. Smiljanich
Terry A. Smiljanich
**James, Hoyer, Newcomer, Smiljanich & Yanchunis, P.A.**
One Urban Centre, Suite 550
4830 West Kennedy Boulevard, Suite 147
Tampa, Florida 33609

Kenneth S. Canfield
**Doffermyre, Shields, Canfield, Knowles & Deine**
1355 Peachtree Street, N.E.
The Peachtree, Suite 1600
Atlanta, Georgia 30309-3269

Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon the following on this the 14th day of September, 2009, via the Court's electronic filing system and/or first class U.S. mail, postage pre-paid upon:

| | |
|---|---|
| Terry A. Smiljanich<br>JAMES, HOYER, NEWCOMER,<br>SMILJANICH & YANCHUNIS, P.A.<br>One Urban Centre, Suite 550<br>4830 W. Kennedy Blvd., Suite 147<br>Tampa, Florida 33609<br><br>Kenneth S. Canfield<br>DOFFERMYRE, SHIELDS, CANFIELD,<br>KNOWLES & DEINE<br>1355 Peachtree Street, N.E.<br>The Peachtree, Suite 1600<br>Atlanta, Georgia 30309-3269<br><br>R. Scott Jackson, Jr.<br>JACKSON & BURTON PLLC<br>144 Second Avenue, North<br>Suite 450<br>Nashville, TN 37201<br><br>Alexander Thomas Stubbs<br>OFFICE OF A. THOMAS STUBBS<br>755 Commerce Drive, Suite 720<br>Decatur, GA 30030<br><br>Scott R. Shepherd<br>SHEPHERD, FINKELMAN, MILLER & SHAH, LLC<br>35 E. State Street<br>Media, PA 19063<br><br>Charles A. McCallum, III<br>McCallum, Hoaglund, Cook & Irby, LLP<br>905 Montgomery Highway<br>Suite 201<br>Vestavia Hills, AL 35216<br><br>David A. Szwak<br>BODENHEIMER, JONES & SZWAK<br>509 Market Street, 7th Floor<br>P.O. Box 1015<br>United Mercantile Building<br>Shreveport, LA 71101-3664 | Curtis W. Hitt<br>HITT LAW FIRM, P.A.<br>726 West Kingshighway<br>Paragould, Arkansas 72450<br><br>Roger L. Longtin<br>Michael O'Neil<br>Peter J. Donoghue<br>DLA PIPER RUDNICK GRAY CARY US LLP<br>203 North LaSalle Street, Suite 1900<br>Chicago, IL 60601-1293<br><br>Dawn Adams Wheelahan<br>650 Poydras Street, Suite 1550<br>New Orleans, LA 70130<br><br>Glenn Paul Orgeron<br>LEMLE & KELLEHER, LLP<br>Pan American Life Center<br>601 Poydras St., Suite 2100<br>New Orleans, LA 70130-6097<br><br>Brian P. Brooks<br>O'MELVENY & MYERS<br>1625 Eye St., N.W.<br>Washington, DC 20006<br><br>Suzanne M. Schwarz<br>LAW OFFICES OF SUZANNE M. SCHWARZ, PC<br>P.O. Box 532044<br>Harlingen, TX 78553 |

/s/ Andrew B. Campbell